AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Northern District of Oklahoma

**FILED**
SEP 28 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 20-mj-332-PJC |
| KERRY JO STEPHENS, | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____September 28, 2020,_____ in the county of _____Tulsa_____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A(a)(1) | Aggravated identity theft. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
DET.                Complainant's signature

Matthew Lemon, Detective
Printed name and title

Sworn to before me and signed in my presence.
by phone

Date: 9/28/2020

_____
Judge's signature

City and state:        Tulsa, OK

Paul J. Cleary, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
# IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Matthew Lemon, being duly sworn under oath, do hereby depose and state:

## INTRODUCTION

1. I have been employed as a Police Officer in Sand Springs, Oklahoma since 2005 and a Detective since 2013. As a result of my employment with the Sand Springs Police Department, my duties include, but are not limited to, the investigation and enforcement of financial crimes including but not limited to frauds, con games, and identity thefts.

2. I am an investigative or law enforcement officer of a State or political subdivision thereof, in that I am a Detective for the City of Sand Springs Police Department and authorized by law to conduct investigations of financial crimes.

3. As part of my duties as a Detective, I investigate criminal violations, including aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft). I have received training in financial crimes and have investigated financial crimes.

4. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Detective for the Sand Springs Police Department. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

5. It is my belief that a non-Indian female known as KERRI JO STEVENS (DOB XX-XX-1983), has violated 18 U.S.C. §1028A(a)(1) (Aggravated Identity Theft) in that on or about 09-28-2020, KERRI JO STEVENS did commit aggravated identity theft in the Northern District of Oklahoma. The aggravated identity theft took place at 200 S. Highway 97, Sand Springs, Oklahoma.

### THE SOURCE OF MY INFORMATION AND GROUNDS FOR MY BELIEFS ARE AS FOLLOWS:

6. On September 28, 2020, Sgt. Willits of the Sand Springs Police Department responded to QuikTrip #23, 200 S. Highway 97, Sand Springs, Oklahoma, located within the Northern District of Oklahoma and the Muscogee Creek Nation, regarding the use of multiple stolen credit/cash/debit cards.

7. "C.H." reported to Sgt. Willits a September 27, 2020 theft of a wallet, belonging to "C.H.," that contained multiple credit/cash/debit cards. Upon learning about the theft of "C.H.'s" credit/cash/debit cards, "C.H." cancelled the cards.

8. On or about September 28, 2020, "C.H." was notified of the use of the stolen cancelled card(s), which were being used at QuikTrip #23, 200 S. Highway 97, Sand Springs, Oklahoma. "C.H." did not give permission to anyone to use the cards, including the Bank of Oklahoma Visa debit card, ending in 8473.

9. On September 28, 2020, "C.H." met Sgt. Willits at QuikTrip #23, 200 S. Highway 97, Sand Springs, Oklahoma, and reviewed QuikTrip surveillance video depicting the person who used the stolen cards. "C.H." recognized the suspect, as the

person "C.H." believed to have stolen "C.H.'s" wallet containing credit/cash/debit cards owned by "C.H."

10. "CH" advised that that person, later identified as KERRI JO STEVENS, was at her home the previous day and alone for a period of time in the room where "CH" left her wallet. "CH" confronted her about taking the wallet, which the suspect denied.

11. One cancelled card used by STEVENS was identified as a Bank of Oklahoma Visa debit card, last four of the card 8473, which was issued to "C.H." by the financial institution Bank of Oklahoma. STEVENS used that card at the QuickTrip store on September 28, 2020, at approximately 12:50 a.m. and 12:54 a.m. outside the store, and at approximately 12:55 a.m. inside the store. All of the transactions were denied and payment was rejected.

12. QuikTrip surveillance and internal business records confirmed STEVENS was the person using the Bank of Oklahoma Visa debit card, last four ending in 8473.

13. After being given Miranda warnings STEVENS admitted to using the credit/cash/debit cards belonging to "C.H." However, STEVENS claimed that "C.H." gave STEVENS the cards, and denied stealing "C.H.'s" wallet and cards.

## CONCLUSION

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Kerri Jo Stevens has violated 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft).

_____
Matthew Lemon, Detective
Sand Springs Police Department

Subscribed and sworn to before me on the 28th day of September, 2020. *by phone*

_____
PAUL J. CLEARY
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF OKLAHOMA